IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SHARON POUGH,                    )
                                 )
            Plaintiff,           )
                                 )
    v.                           )     No.  07 C 760
                                 )
NORMAN Y. MINETA, Secretary, etc., )
                                 )
            Defendant.           )

MEMORANDUM ORDER

Sharon Pough ("Pough") has filed an action asserting employment discrimination and retaliation in connection with her previous employment by the Federal Aviation Administration (Complaint ¶3 alleges that Pough is now retired from that position). This memorandum order is issued sua sponte because of a potential problem of untimeliness that appears on the face of the Complaint.

According to Complaint ¶7, Pough "received a right-to-sue letter dated November 8, 2006." But the date on which Pough's attorney filed suit (February 8, 2007 is <u>92</u> days after that date, so that whether her action is on the right side or the wrong side of the 90-day time limit is a function of how soon after the November 8 mailing date Pough or her counsel actually received the right-to-sue letter.

Accordingly Pough's counsel is ordered to file a supplement to the Complaint (which in the interests of completeness should also be accompanied by copies of her original charge of

discrimination and of the right-to-sue letter itself) on or before February 26, 2007.  In the meantime this Court is contemporaneously issuing its customary scheduling order on the assumption (which may of course turn out to be wrong) that this lawsuit was indeed timely brought.

```
                          _____
                          Milton I. Shadur
                          Senior United States District Judge
```

Date:  February 13, 2007