IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SHARON POUGH,                          )
                                       )
                Plaintiff,             )
                                       )
        v.                             )    No. 07 C 760
                                       )
MARY E. PETERS, Secretary, etc.,       )
                                       )
                Defendant.             )

## MEMORANDUM ORDER

Government defense counsel has filed an Answer in this Title VII action by Sharon Pough, who asserts that she has been the victim of race discrimination. Because fully half of the Answer's paragraphs (Answer ¶¶2, 3 and 5-9) do not conform to the Fed. R. Civ. P. 8(b) requirements for a party seeking the benefit of a deemed denial (see App. ¶1 to <u>State Farm Mut. Auto. Ins. Co. v. Riley</u>, 199 F.R.D. 276, 278 (N.D. Ill. 2001)), the Answer is stricken sua sponte, but with leave granted to file an appropriate Amended Answer on or before May 7, 2007.

_____
Milton I. Shadur
Senior United States District Judge

Date:  April 26, 2007